# Court of Appeals
# of the State of Georgia

ATLANTA,  February 03, 2016

*The Court of Appeals hereby passes the following order:*

### A16A0802.  STEVE COOPER et al. v. ORMA LACKEY, SUPERINTENDENT OF ELECTIONS CITY OF FORT OGLETHORPE et al.

Steve Cooper brought an action challenging the qualifications of candidate Charles L. Sharrock.  After the superintendent of elections refused to remove Sharrock from the ballot, Cooper appealed to superior court.  The superior court action was dismissed, and the court awarded OCGA § 9-15-14 attorney fees to defendant Sharrock.  Cooper then filed this direct appeal.

Pursuant to the Georgia constitution, appeals in cases of election contests are within the exclusive appellate jurisdiction of the Supreme Court. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (2); *Jordan v. Cook*, 277 Ga. 155 (587 SE2d 52) (2003) (appeal from superior court's dismissal of appeal from opinion by superintendent of elections).  The Supreme Court has exercised its election-contest jurisdiction in appeals from OCGA § 9-15-14 awards such cases. See *Davis v. Dunn*, 286 Ga. 582 (690 SE2d 389) (2010).  Therefore, this appeal is TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  02/03/2016
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.